UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY TAYLOR, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-11715-LTS<br>) |
| ROBERT AGUIAR, et al., | )<br>) |
| Defendants. | )<br>) |

ORDER

March 26, 2018

SOROKIN, D.J.

In a memorandum and order dated February 12, 2018 (Dkt. No. 5), the Court ordered *pro se* plaintiff Timothy Taylor to file an amended complaint. The Court had concluded that the original complaint failed to state a claim upon which relief may be granted because Taylor had failed to identify clearly the alleged misconduct of each named defendant and to allege that the criminal conviction allegedly arising from the defendants' misconduct had been invalidated. The Court warned Taylor that failure to file an amended complaint within 35 days could result in dismissal of the action. The deadline for complying with the Court's order expired on March 19, 2018, and Taylor has not filed an amended complaint or sought additional time to do so.

Accordingly, the case is DISMISSED for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and for failure to respond to the Court's February 12, 2018 order.

SO ORDERED.

    /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE